**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:  04-cv-01910-LTB-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:  June  20,  2005** | **Ellen E. Miller, Courtroom Deputy** |

BAOLIANG  "RICHARD" ZENG                                             Seth J. Benezra

    **Plaintiff(s),**

v.

HEWLETT-PACKARD COMPANY                                      Kathleen E.  Craigmile
    **Defendant(s).**

### COURTROOM MINUTES

**HEARING:   MOTIONS   HEARING**
**Court in session:**   9:04   a.m.
Court calls case.  Appearance of counsel.  Also present is plaintiff, Mr. Zeng.  With Ms. Craigmile is Defendant's  corporate senior counsel, Kathryn S. Young.

Discussion is held regarding withdrawal of Plaintiff's counsel and amending the scheduling order.

**It is ORDERED:**        Plaintiff's  AMENDED  UNOPPOSED  MOTION  TO  WITHDRAW
                                  AND   TO AMEND SCHEDULING ORDER TO   EXTEND
                                  DISCOVERY   DEADLINES (Docket No.  28, Filed May 23, 2005)    is
                                  **GRANTED**   for reasons as stated on the record.

The MOTION  is  **granted**  to the extent Plaintiff's counsel Seth J. Benezra is withdrawn as attorney of record.  Mr. Zeng notes he has a new apartment number and  his current address is
    19500 Pruneridge Avenue
    Apartment # 5206
    Cupertino, CA 95014

Mr. Zeng  advises the Court of his telephone number:   408 - 835 - 1406.

The Court finds the request for extending deadlines 180 days is excessive.  Therefore, the Court **extends**  the DEADLINES   90   DAYS.

    DISCOVERY DEADLINE  is  **NOVEMBER  11,  2005**
    DISPOSITIVE  MOTIONS  DEADLINE  is  **DECEMBER  15,  2005**

The Court reminds Mr. Zeng that until he finds new counsel, he is a *Pro Se* Plaintiff and is bound by the Federal Rules of Civil Procedure and the USDC Local Rules. As a *Pro Se* Plaintiff he must familiarize himself with these and abide by them.

The Court notes the Plaintiff anticipates, per the Scheduling Order, two experts.

The Court notes the parties are entitled per the Scheduling Order to a total of TEN DEPOSITIONS. The Plaintiff has to this time taken three, and is, therefore, allowed seven more.

It is noted no motion to vacate and reset the Trial and Trial Preparation Conference has been filed. The Trial is set February 21, 2006.

Because of the extension of discovery and dispositive motion deadlines,

**It is ORDERED:** The FINAL PRETRIAL CONFERENCE **of November 17, 2005** is **vacated** and will be reset by a future Minute Order.

No STATUS CONFERENCE is set at this time.
Mr. Zeng and counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.
If that is unsuccessful, the parties shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct the parties at that time as to whether or not to file a discovery motion.
NO ONE may file any OPPOSED discovery motions without leave of court.

HEARING CONCLUDED.

**Court in recess:** 9:55 a.m.
Total In-Court Time: 00:51