**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01910-LTB-CBS

BAOLIANG "RICHARD" ZENG,
        Plaintiff,

v.

HEWLETT-PACKARD COMPANY, a Delaware corporation,
        Defendant.
_____

**ORDER**
_____

      Upon Plaintiff's Motion to Vacate Trial Dates and to Amend Scheduling Order (Doc 51 - filed December 2, 2005), Plaintiff's Motion to Vacate Trial Date and Reset Trial (Doc 65 - filed December 8, 2005 and Doc 63 - filed December 9, 2005), and Defendant's Response (Doc 60 - filed December 8, 2005), it is

      ORDERED that Plaintiff's motions are DENIED.

                                            BY THE COURT:

                                            <u>  s/Lewis T. Babcock  </u>
                                              Lewis T. Babcock, Chief Judge

DATED: December 13, 2005