IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01910-LTB-CBS

BAOLIANG "RICHARD" ZENG,
    Plaintiff,
v.

HEWLETT-PACKARD COMPANY, a Delaware corporation,
    Defendant.
_____

ORDER SUBSTITUTING EXHIBIT A-1 TO PROPOSED PRETRIAL ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court to substitute the document attached to this Order as the correct Exhibit A-1 to the Proposed Pretrial Order (doc. # 102). Accordingly,

    IT IS ORDERED that the document attached to this Order is the correct Exhibit A-1 to the Proposed Pretrial Order (doc. # 102).

    DATED at Denver, Colorado, this 9th day of January, 2006.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge