IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01910-LTB-CBS

BAOLIANG "RICHARD" ZENG,

        Plaintiff,

v.

HEWLETT-PACKARD COMPANY, a Delaware corporation,

        Defendant.
_____

ORDER
_____


Based upon my findings and rulings made on the record during the status conference in this matter held on January 17, 2006, at 10:00 am, I HEREBY ORDER as follows:


1) Plaintiff's Motion to Change Venue **[DOC #68 filed on 12/12/05**] is DENIED WITHOUT PREJUDICE;

2) Plaintiff's Motion for Sanction and Discipline Actions **[DOC #72 filed on 12/13/05]** is DENIED;

3) Plaintiff's Motion to for Leave to Vacate Minute Order **[DOC #77 filed on 12/13/05]** is DENIED;

4) Plaintiff's Motion to Strike Defendant's Motion to Strike Plaintiff's Brief in Support of Plaintiff's Responses to Defendant's Motion for Summary Judgment **[DOC #117 filed on 1/10/06]** is DENIED;

5) Defendant's Motion for Summary Judgment **[DOC #43 filed on 11/22/05]** is HELD IN ABEYANCE;

6) Defendant's Motion to Strike Plaintiff's Motion to Vacate Minute Order, Motion to Seal or Remove Confidential Documents from Public Record, and Request for Sanctions **[DOC #78 filed on 12/14/05]** is GRANTED IN PART AND DENIED IN PART as follows:

    A. Defendant's request to strike Plaintiff's Motion to for Leave to Vacate Minute Order **[DOC #77]** is DENIED AS MOOT;

    B. Exhibits 6-9 of Plaintiff's Motion to for Leave to Vacate Minute Order **[DOC #77]** are SEALED pursuant to the Stipulated Protective Order dated March 7, 2005; and

    C. Defendant's request for sanctions is HELD IN ABEYANCE.

7) Defendant's Motion to Strike Plaintiff's Brief in Support of his Responses to Motion for Summary Judgment and Accompanying Materials, Motion to Seal or Remove Confidential Documents from Public Record, and Request for Sanctions **[DOC #113 filed on 1/5/06]** is GRANTED IN PART AND DENIED IN PART as follows:

    A. Defendant request to strike Brief In Support of Plaintiff's Response to Defendant's Motion for Summary Judgment **[DOC # 110]** as untimely is DENIED;

    B. Exhibits 76-85 and 88-92 to Declaration of Baoliang "Richard" Zeng **[DOC # 111]** are SEALED pursuant to the Stipulated Protective Order dated March 7, 2005; and

    C. Defendant's request for sanctions is HELD IN ABEYANCE.

8) Plaintiff's Motion to Vacate Trial Date and to Reset Final Trial Preparation Conference and Final Pretrial Conference **[DOC #87 filed on 12/16/05]** is DENIED;

9) Plaintiff's Amended Motion to Vacate Trial Date and to Reset Final Trial Preparation Conference and Final Pretrial Conference **[DOC #92 filed on 12/19/05]** is DENIED;

10) On the Court's own motion, for the various reasons stated on the record, the Trial Preparation Conference currently set for **Friday, January 27, 2006, at 8:00 am.**, and the jury trial scheduled to commence on **Tuesday, February 21, 2006**, are VACATED; and

11) Defendant's Motion to Dismiss for Failure to Prosecute **[DOC #115 filed on 1/10/06]** remains pending as not yet fully briefed. Plaintiff's response to this motion is due on **Tuesday, January 31, 2006**. Defendant's reply is due on **Friday, February 10, 2006.** As a result of this briefing schedule, Plaintiff's Motion to Strike Defendant's Motion to Dismiss for Failure to Prosecute **[DOC #124 filed on 1/17/06]** is DENIED.

Dated: January   17  , 2006, in Denver, Colorado.

                                                            BY THE COURT:


                                                              s/Lewis T. Babcock
                                                            Lewis T. Babcock, Chief Judge